

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00503-CV

Patrick **MINOR**,
Appellant

v.

**DIVERSE FACILITY SOLUTIONS**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI00808
Honorable David A. Canales, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: December 21, 2022

DISMISSED FOR LACK OF JURISDICTION

On September 8, 2022, appellant filed a notice of appeal stating his intent to appeal the trial court's "denial of default judgment." Because no final order had been entered in the underlying case, on September 28, 2022, we ordered appellant to show cause in writing no later than October 18, 2022 why this appeal should not be dismissed for lack of jurisdiction. *See Shockome v. Brendel*, No. 03-19-00813-CV, 2020 WL 579570, at *1 (Tex. App.—Austin Feb. 6, 2020, no pet.) ("Based on the record before us, it appears that the trial court has not yet rendered a final judgment, and no statute authorizes an interlocutory appeal from the . . . denial of a motion

for default judgment."); *Aguilar v. Livingston*, 154 S.W.3d 832, 833 (Tex. App.—Houston [14th Dist.] 2005, no pet.) ("Ordinarily, the denial of a default judgment is an interlocutory order not subject to appeal. . . . However, appellate courts have considered the denial of a default judgment when, as here, the denial is challenged in an appeal from a final judgment or order.").

On October 17, 2022, appellant filed a "Motion for Extension of Time to Prepair [sic] a Brief." Construing the motion as a request for extension of time to file a response to our show cause order, we granted the requested extension and ordered appellant to show cause in writing no later than November 2, 2022 why this appeal should not be dismissed for lack of jurisdiction. Our order cautioned appellant that a failure to respond subjected this appeal to dismissal. Appellant did not file a response to our show cause order. Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM